UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDDIE GARLAND,

    Plaintiff,

vs.

WELLS FARGO HOME MORTGAGE,
U.S. BANK NATIONAL ASSOCIATION,
as Trustee, successor in interest to
Bank of America, National Association,
as Trustee, Successor by merger to
LaSalle Bank National Association,
as Trustee for Structured Asset
Securities Corporation, amortizing
Residential Collateral Trust, Mortgage
Pass through Certificates, Series 2004-1; and
ORLANS P.C.,

    Defendants.

Case No. 17-12246
Hon. Denise Page Hood
Mag. Judge R. Steven Whalen

_____

| | |
|---|---|
| Freddie Garland | PLUNKETT COONEY |
| Plaintiff – In Pro Per | Matthew J. Boettcher (P40929) |
| 15307 Stout | Patrick C. Lannen (P73031) |
| Detroit, MI 48223 | Attorneys for Wells Fargo Bank |
| | 38505 Woodward Ave., Suite 100 |
| | Bloomfield Hills, MI  48304 |
| | (248) 901-4035/27 |
| | (248) 901-4040 (Fax) |
| | mboettcher@plunkettcooney.com |
| | plannen@plunkettcooney.com |

_____

**NOTICE OF APPEARANCE**

Please enter my appearance in the above-captioned matter on behalf of Defendant, Wells Fargo Bank, N.A., named herein as "Wells Fargo Home Mortgage".

Please forward all future pleadings and correspondence regarding this matter to my attention.

Respectfully Submitted,

PLUNKETT COONEY

/s/ Patrick C. Lannen
Patrick c. Lannen (P73031)
Attorney for Defendant, Wells Fargo Bank
38505 Woodward Ave., Suite 100
Bloomfield Hills, MI  48304
(248) 901-4027
plannen@plunkettcooney.com

DATED:  July 11, 2017

### PROOF OF SERVICE

The undersigned certifies that on July 11, 2017 he served a copy of the Notice of Appearance to all counsel of record via the ECF E-Filing System for the United States District Court, and via U.S. Mail to anyone not registered on said site.

Signature:  /s/ Patrick C. Lannen

Open.10604.42875.16617799-1